RICHARD BECKER v. RITE AID CORPORATION.

November 12, 1984.

Petition for certification denied.

---

STATE OF NEW JERSEY v. JOHN YARBOUGH.

November 12, 1984.

Petition for certification granted. (See 195 *N.J.Super.* 135)

---

STEVEN A. COLE v. PENNS GROVE WATER COMPANY.

November 12, 1984.

Petition for certification granted.

---

CITY OF UNION CITY v. GROVE REALTY COMPANY.

November 12, 1984.

Petition for certification denied.